IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LEO PHARMA A/S and<br>LEO PHARMA, INC.<br>    v.<br>GLENMARK PHARMACEUTICALS LTD. | )<br>)<br>)  Civil Action No.<br>)<br>) |

**SUPPLEMENTAL INFORMATION FOR PATENT CASES
INVOLVING AN ABBREVIATED NEW DRUG APPLICATION (ANDA)**

Plaintiff(s) hereby provide(s) the information below with respect to the deadlines set forth in 21 U.S.C. 355(j):

Date Patentee(s) Received Notice:  August 25, 2020

Date of Expiration of Patent:  June 10, 2031*

Thirty Month Stay Deadline:  February 25, 2023

* The *Orange Book* states that each of United States Patent Nos. 10,617,698, 10,660,908, 10,682,364, 10,688,108 and 10,716,799 expire on June 10, 2031.

   10/7/2020                                                          /s/ Brian P. Egan
       Date                                                           Attorney(s) for Plaintiff