IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LEO PHARMA A/S and LEO PHARMA INC., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> GLENMARK PHARMACEUTICALS LTD., ) <br> ) <br> Defendant. ) | C.A. No. 20-1359 (CFC) |

### NOTICE OF DEPOSITION OF ROOPALI OTAVKAR

PLEASE TAKE NOTICE that pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, Plaintiffs in the above-captioned action, by and through their counsel, will take the deposition upon oral examination of ROOPALI OTAVKAR. The deposition will commence at 8:00am IST on December 10, 2021. The deposition will be taken remotely using a videoconference platform. The deposition will be conducted under oath before an officer authorized to take such testimony, will be recorded by videotape and stenographic means and will continue on succeeding business days until completed or adjourned.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Brian P. Egan*

OF COUNSEL:

Jeffrey Lerner
Alexander Trzeciak
Emily Mondry
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC  20001-4956
(202) 662-6000

Jack B. Blumenfeld (#1014)
Brian P. Egan (#6227)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
began@morrisnichols.com

*Attorneys for Plaintiffs LEO Pharma A/S and LEO Pharma, Inc.*

Alexa Hansen
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA  94105-2533
(415) 591-6000

October 25, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on October 26, 2021, upon the following in the manner indicated:

| | |
|---|---|
| Dominick T. Gattuso, Esquire<br>HEYMAN ENERIO GATTUSO & HIRZEL LLP<br>300 Delaware Avenue, Suite 200<br>Wilmington, DE  19801<br>*Attorneys for Defendant Glenmark Pharmaceuticals Ltd.* | *VIA ELECTRONIC MAIL* |
| William A. Rakoczy, Esquire<br>Rachel Pernic Waldron, Esquire<br>Steven J. Birkos, Esquire<br>Cynthia H. Sun, Esquire<br>Victoria N. Georgevich, Esquire<br>Deanne M. Mazzochi, Esquire<br>Matthew V. Anderson, Esquire<br>RAKOCZY MOLINO MAZZOCHI SIWIK LLP<br>6 West Hubbard Street, Suite 500<br>Chicago, IL  60654<br>*Attorneys for Defendant Glenmark Pharmaceuticals Ltd.* | *VIA ELECTRONIC MAIL* |

*/s/ Brian P. Egan*

_____

Brian P. Egan (#6227)